# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN DEVOID, | CASE NO. 1:09-cv-00015-OWW-GBC PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| D. HERNANDEZ, et al., | (ECF No. 20) |
| Defendants. | THIRTY-DAY DEADLINE |

    Plaintiff Damien DeVoid, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 5, 2009, pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed September 28, 2009, against Defendants M. Mulkern and M. Pasion for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

    On January 31, 2011, Defendants filed a motion for summary judgment. Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l). Accordingly, it is HEREBY ORDERED that:

    1.    Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for summary judgment within **thirty (30) days** from the date of service of this order; and

///

///

///

1

2      The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   February 28, 2011

_____
UNITED STATES MAGISTRATE JUDGE