IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN DeVOID,<br><br>    Plaintiff,<br><br>    vs.<br><br>M. MULKERN, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:09-cv-00015-OWW-GBC (PC)<br><br>NOTICE OF INTENT TO DISMISS WITH PREJUDICE IN RESPONSE TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 25)<br><br>OBJECTIONS DUE WITHIN TWENTY DAYS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's First Amended Complaint, filed September 28, 2009 (ECF No. 7), alleging Eighth Amendment violations against Defendants M. Mulkern and M. Pasion.  (ECF No. 8.)  On March 22, 2010, Defendants filed an Answer and, on January 31, 2011, filed a Motion for Summary Judgment.  (ECF Nos. 16 & 20.)  After being ordered to respond (ECF No. 21) and receiving an extension of time (ECF No. 24), on May 12, 2011 Plaintiff filed a notice stating that he would no longer like to pursue this action.  (ECF No. 25.)  On May 16, 2011, Defendants filed a Statement of Non-Opposition to Plaintiff's notice.  (ECF No. 26.)

    Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)); see also Wilson v. City of San

1  Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Once the defendant serves an answer or a
2  motion for summary judgment, however, the plaintiff may no longer voluntarily dismiss
3  under Rule 41(a)(1), but must file a motion for voluntary dismissal under Rule 41(a)(2).
4  Fed.R.Civ.P. 41(a).  Unlike a Rule 41(a)(1) notice of dismissal, a Rule 41(a)(2) motion
5  requires court approval.  Concha, 62 F.3d at 1506.
6       Because Defendants have answered and filed a Motion for Summary Judgment,
7  Plaintiff cannot voluntarily dismiss his action under Rule 41(a)(1).  Thus, the Court deems
8  Plaintiff's Notice a Motion for Voluntary Dismissal under Rule 41(a)(2), which requires court
9  approval.
10      Plaintiff did not specify whether his request for dismissal is with or without prejudice.
11 Pursuant to Plaintiff's Motion and the stage of the proceedings, the Court intends to
12 dismiss this action **with prejudice**.  Plaintiff will be given twenty days to withdraw his
13 pleading.

15 IT IS SO ORDERED.

16 Dated:   May 20, 2011
17                                              UNITED STATES MAGISTRATE JUDGE